HONORABLE S. KATE VAUGHAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JARED GILL and MARK KELLEY, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FENDER MUSICAL INSTRUMENTS CORPORATION,<br><br>Defendant. | Case No.: C26-4119-SKV<br><br>STIPULATED MOTION AND [~~PROPOSED~~] ORDER TO EXTEND DEFENDANT'S DEADLINE TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT<br><br>**NOTE ON MOTION CALENDAR: OCTOBER 29, 2026** |

Pursuant to Local Civil Rules 7(j) and 10(g), Plaintiffs Jared Gill and Mark Kelley and Defendant Fender Musical Instruments Corporation ("Fender") hereby stipulate and respectfully request that the Court extend Fender's deadline to answer or otherwise respond to Plaintiffs' Complaint by 30 days, to December 2, 2026.

Plaintiffs initially filed the Complaint in the Superior Court of the State of Washington for the County of Snohomish (the "State Court Action") on September 22, 2026. Fender was served with the Summons and Complaint on September 25, 2026. On October 15, 2026, the parties agreed to and filed a stipulation in the State Court Action extending Fender's deadline to respond to the Complaint to November 16, 2026.

On October 26, 2026, Fender removed this action to this Court pursuant to 28 U.S.C. §§ 1332(d), 1441, 1446, and 1453. Following removal, and notwithstanding the stipulation filed in the



MARTINEZ & FARMER LLP
4020 EAST MADISON ST. SUITE 300
SEATTLE, WASHINGTON 98112
206-208-2270

State Court Action, Fender's deadline to respond to the Complaint became November 2, 2026, pursuant to Federal Rule of Civil Procedure 81(c).

Counsel for Plaintiffs and Fender have met and conferred, and the parties have agreed to extend Fender's deadline to answer, move, or otherwise respond to the Complaint by 30 days to allow Fender and its counsel sufficient time to evaluate the factual allegations and legal claims set forth in the Complaint and Fender's potential responses thereto. Fender has not previously requested, nor have Plaintiffs previously granted, an extension of time to respond to the Complaint in this Court. The requested extension will not affect any other deadlines in this action.

This stipulation is not as an admission of any factual allegation or legal conclusion or a waiver of any right, defense, claim, or objection.

For the reasons stated above, the parties request that the Court enter an order extending Fender's deadline to answer or otherwise respond to the Complaint to December 2, 2026.

/ / /

/ / /

/ / /

/ / /



MARTINEZ & FARMER LLP
4020 EAST MADISON ST. SUITE 300
SEATTLE, WASHINGTON 98112
206-208-2270

RESPECTFULLY SUBMITTED this 29th day of October, 2026.

I certify that this memorandum contains 310 words, in compliance with the Local Civil Rules.

**STRAUSS BORRELLI PLLC**

By: *s/Samuel J. Strauss*
Samuel J. Strauss, WSBA No. #46971
Raina C. Borrelli (pro hac vice forthcoming)
980 N. Michigan Avenue - Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
sam@straussborrelli.com
raina@straussborrelli.com

**LEVIN LAW, P.A.**
Brian Levin (pro hac vice forthcoming)
2665 S. Bayshore Drive - PH2B
Miami, FL 33133
Telephone : (305) 402-9050
brian@levinlawpa.com

*Attorneys for Plaintiffs*

**MARTINEZ & FARMER LLP**

By: */s/ Tyler L. Farmer*
By: */s/ Ariel A. Martinez*
Tyler L. Farmer, WSBA #39912
Ariel A. Martinez, WSBA #54869
4020 East Madison St., Suite 300
Seattle, WA 98112
Phone: (206) 208-2270
Email: tyler@mfseattle.com
Email: ariel@mfseattle.com

**DENTONS US LLP**

By: */s/Michael J. Duvall*
Michael J. Duvall (*pro hac vice*)
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017
Phone: (213) 623-9300
Email: michael.duvall@dentons.com

*Attorneys for Defendant Fender Musical Instruments Corporation*

/ / /

/ / /

/ / /

**[~~PROPOSED~~] ORDER**

It is hereby ORDERED that the stipulated motion, Dkt. 7, is GRANTED. Fender shall respond to Plaintiffs' Class Action Complaint on or before December 2, 2026.

DATED this 29th day of October, 2026.

S. KATE VAUGHAN
United States Magistrate Judge

*Presented by:*

**MARTINEZ & FARMER LLP**

By: *[/s/ Tyler L. Farmer]*
By: *[/s/ Ariel A. Martinez]*
Tyler L. Farmer, WSBA #39912
Ariel A. Martinez, WSBA #54869
4020 East Madison St., Suite 300
Seattle, WA 98112
Phone: (206) 208-2270
Email: tyler@mfseattle.com
Email: ariel@mfseattle.com

**DENTONS US LLP**

By: */s/Michael J. Duvall*
Michael J. Duvall (*pro hac vice*)
601 South Figueroa Street, Suite 2500
Los Angeles, CA 90017
Phone: (213) 623-9300
Email: michael.duvall@dentons.com

*Attorneys for Defendant Fender Musical Instruments Corporation*

**STRAUSS BORRELLI PLLC**

By: *s/Samuel J. Strauss*

Samuel J. Strauss, WSBA No. #46971
Raina C. Borrelli (pro hac vice forthcoming)
980 N. Michigan Avenue - Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
sam@straussborrelli.com
raina@straussborrelli.com

**LEVIN LAW, P.A.**
Brian Levin (pro hac vice forthcoming)
2665 S. Bayshore Drive - PH2B
Miami, FL 33133
Telephone : (305) 402-9050
brian@levinlawpa.com

*Attorneys for Plaintiffs*